UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED AIRLINES, INC, et al.,<br><br>    Defendants. | Case No. 25-cv-03784-SVK<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 8 |

On May 28, 2025, the Court denied Plaintiff Sergey Firsov's application to proceed *in forma pauperis* ("IFP") and set a deadline of June 18, 2025 for Plaintiff to pay the filing fee. Dkt. 7 – the "IFP Order." Now before the Court is Plaintiff's motion for reconsideration of the IFP Order. Dkt. 8. Having considered the additional material provided by Plaintiff, the Court **DENIES** his motion to reconsider the IFP Order. "[T]here is no formula set forth by statute, regulation, or case law to determine when someone is poor enough to earn IFP status." *Escobedo v. Applebees*, 787 F.3d 1226, 1235 (9th Cir. 2015). However, as explained in the Court's order denying Plaintiff's IFP application, "a plaintiff seeking IFP status must allege poverty 'with some particularity, definiteness and certainty.'" *Id*. at 1234 (quoting *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981)); *see also* Dkt. 7. In light of Plaintiff's resources, he has not shown that he could not afford to pay the Court filing fee if he adjusted or deferred other of his discretionary expenses. Accordingly, the **June 18, 2025** deadline for Plaintiff to pay the filing fee remains in place. If Plaintiff fails pay the fee by **June 18, 2025**, the Court will issue an order that this case be reassigned to a District Judge with a recommendation that the case be dismissed without prejudice.

    **SO ORDERED.**

Dated: June 5, 2025

SUSAN VAN KEULEN
United States Magistrate Judge